IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADRIAN JACKSON,

    Petitioner,

    v.                                                                                Case No. 17-cv-528-wmc

LOUIS WILLIAMS,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Adrian Jackson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | November 3, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |